Apr. 30th 2023 Filing Lawsuit Against Lamesa Police Officers Esquivel & Saenz — Texas Penal Code Serious

5:23-CV-00099-C

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
MAY - 4 2023
CLERK, U.S. DISTRICT COURT
By_____ Deputy

To Whom this may Concern:

My name is Mr. Kee____ I am currently incarcerated the Dawson County Jail House in Lamesa, Texas. At approximately 1:00 a.m. in the morning of March 29th, 2023. I walked to the Stripes #2289 convenience store located on Lynn Avenue in Lamesa, Texas to purchase some food, and a tobacco product. I had my girlfriend Sasha Phillips credit card when I got the food items I was already in a phone call with Mrs. Phillips the whole time while entering the store. I stated on the phone to my girlfriend that I left my I.d card at home, and knew I was gonna be carded. As I continued to the counter the clerk did ask for my credentials I told her I forgot it, and I could give her my date of birth she was going to enter it in until I told my girlfriend I told you. Which stating to my girlfriend I was right, about being carded. Now the

sales clerk ended up stating to me that since you wanna be a smart ass, I don't have to sell you anything. In a proper tone of voice I said ma'am I'm on the phone talking to my girlfriend, and I showed the sales clerk my phone it's all on camera. My girlfriend asked me who she was, and I said I do not know she asked to speak to her, I asked the clerk are you the manager. Then I asked the clerk so you are not gonna sell me the food items maam you have the "right" not to sell me the tobacco products because I didn't have my identification credentials. She said she will call the manager, and I asked her to call the police again my girlfriend was still on the phone. The clerk said she will because I didn't do anything wrong not knowing I had no warrants so I

proceeded to go wait outside. The whole time outside the store I waited 30 mins for the officers, and no one showed up so I left walking back to take my girlfriend her credit card. I made it to McDonalds parking lot located at 505 Dallas Avenue and in between Lynn Avenue. Still on the phone with my girlfriend I got approached by two officers from Lamesa police force basically caved in frontwards, and backwards one of the officers I know is Officer Esquivel and the other was Saenz never seen him before. Officer Esquivel asked me to state my name, and Officer Saenz asked me to explain what happened, and asked if I had that any weapon I stated yes sir I do a pocket knife on my hip. Officer Saenz asked me to put my hands in the air I did what I was told he approached me, and retained the weapon told me to remain calm, and felt like

he dropped something in my pants I had on two pairs actually a thermal set. I started fidgeting. Now my girlfriend has walked up while my phone is on still in pocket with her asked Officer Saenz can she speak to me he told her, actually threatned if she did not move that he would take her in also or leave. Officer Esquivel said I had warrant for my arrest they cuffed me Officer Saenz proceeded to handle me I kept complaining about my left wrist being cuffed was he was trying to break my forearm. Officer Saenz told me to stop resisting and banged my head against police cruiser I told girlfriend to record this, and she stated calm down, and recorded it. He attempted to put me in the cruiser but my leg got bent up in the floorboard, and I told him I couldn't get in so he

said he was gonna tase me like I was lying. Officer Saenz tased my left leg, and Officer Esquivel ran to the other side grabbed the hat of my pullover choking me around my neck I told him he was choking me that's how they got me in. Then entering the sheriff's dept. it got worser Saenz continued to not listen to me as the cuffs were engraving in my skin, as I yelled. I asked Esquivel to take me. He helped Saenz take me in my head hit the bars, and Saenz satated to Esquivel im gonna gone and, put other charges on him because he's gonna put this on me which is the truth of what he did. They put me in the restraintment chair, and cuffed me off were it suffocated my ankles, and both wrist now I'm crying pleading Saenz said shut up, then took my prescription glassess off of my face threw them in the hallway. The jailer of Dawson County, Mr. Mesa picked them up for me, and —

and put my glasses back on face. The two officers left laughing, as I was in pain the Jailer Mr. Mesa came in, and uncuffed me when he seen my left armed twisted up, and hands swollen. He had to get on his knees to try to uncuff me he seen it was a harder task to do but finally got em off and sat me down asked if I was okay. I stated no I was hurting, and asked if I needed a Ibuprofen I was crying in pain I said nothing, and drifted to sleep. The next day Jailer Mrs. Morales came to fingerprint me, and seen my hands were swollen, and documented it. In Texas Penal Code Section 39.03 im suing Officer Corbin Saenz and Officer Esquivel for Official Oppression against me, and racism as they detained me. Thank You for listening and time. Peace-n-Blessings

Filling Lawsuit Against Both Officers of Dawson Police Force...

Sincerely
Mr. Keenan A. Turner

Mr. Keenan A. Sosner
Dawson County Sheriffs
Department
401 South 2nd
Lamesa, Texas 79331

INMATE
CORRESPONDENCE

RECEIVED
MAY 4 2023
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

LUBBOCK TX 794
1 MAY 2023 PM 2 L

United States District Court
Office of The Clerk
Northern District of Texas
1205 Texas Ave., Room 209
Lubbock, Texas 79401

LEGAIL MAIL