IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | |
|---|---|
| KEENAN A. TURNER, <br> Institutional ID No. 3653423, <br><br> Plaintiff, <br><br> v. <br><br> CORBIN SAENZ, *et al.*, <br><br> Defendants. | § <br> § <br> § <br> § <br> § <br> § CIVIL ACTION NO. 5:23-CV-099-BQ <br> § <br> § <br> § <br> § |

## JUDGMENT

Of equal date herewith an Order of Dismissal having been entered, it is

**ORDERED** and **ADJUDGED** that Plaintiff's Amended Complaint and all claims alleged therein are **DISMISSED** without prejudice pursuant to Federal Rule of Civil Procedure 41(b).

**SO ORDERED.**

Dated: January 31, 2024.

_____
D. GORDON BRYANT, JR.
UNITED STATES MAGISTRATE JUDGE